## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-CIV-60486-Dimitrouleas/Birch

REC'D BY_____D.C.

MAR 1 5 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

NATIONSTAR MORTGAGE )
     Plaintiff, )
                       )          **NOTICE OF REMOVAL**
                       )       *(Diversity – 28 U.S.C. 1332)*

Vs. )
                       )

GLORIA M. GAVIRIA, *et. al*     )
     Defendant. )

### NOTICE OF REMOVAL

1. This matter was commenced on February 14, 2023 in the 17th Judicial Circuit in and for Broward County, Florida (the "state court"), entitled *Motion for Writ Possession"*, filed in case number **CACE 15-003393**. A copy of the state court motion is attached hereto as *Exhibit A*.

2. This is a civil matter of which this Court has original jurisdiction under **28 U.S.C. §1332** – *Diversity Jurisdiction;* and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil proceeding between citizens of different states.

3. Defendant is informed and believes that plaintiff, Nationstar Mortgage LLC (hereinafter, "NATIONSTAR"), was, at the time it filed the state court motion, and still is, a corporation, incorporated in the State of Texas and/or maintains its principle place of business in Dallas, Texas. Additionally, none of the named Defendants, including myself, Gloria M. Gavira, was not, at the time NATIONSTAR filed the state court motion, and still are not, citizens of Texas.

4.  Here, it is alleged that Plaintiff, NATIONSTAR acted without authority and/or without court permission when it filed its February 14, 2022 Motion for Writ of Possession in a Florida State Court.  Certainly, Plaintiff knows that the state court cannot grant such a motion, prior to Plaintiff complying with federal mortgage servicing laws.

**Argument**

- *NATIONSTAR' Violation of 12 CFR 1024.41(b)(2)(i)(B)*
  *Also Violates 12 CFR 1024.41(g) and has*
  *Erroneously Deprived Me from Timely*
  <u>*Submitting a Complete Loss Mitigation Application*</u>

5.  Here, NATIONSTAR has purposely failed to comply with 12 CFR 1024.41 so that it could attempt to strategically deprive me of the opportunity to timely submit a complete loss mitigation application. After receiving my loss mitigation Application, NATIONSTAR intentionally failed to inform me of additional documents and/or information it needed to fully complete my loss mitigation application.  Otherwise, the loss mitigation application was complete, or at least facially complete.

6.  Additionally, NATIONSTAR violated 12 CFR 1024.41(g)) by making moving for an order of sale, and did so, prior to sending me a notice pursuant to 12 CFR 1024.41(b)(2).  Moreover, NATIONSTAR initiated the February 14, 2023 state court motion for writ of possess, prior to sending me notices pursuant to 12 CFR 1024.41(c)(1)(ii) (*evaluation of complete application* notice), 12 CFR 1024.41(c)(3)(i), (*complete application* notice), and 12 CFR 1024.41(d) (loss mitigation *denial* notice).

2

7. 12 CFR 1024.41(b)(1) provides that a "servicer shall exercise *reasonable diligence* in obtaining documents and information to complete a loss mitigation application.

8. Here, it is without dispute that NATIONSTAR, failed to promptly exercise "reasonable diligence" in obtaining additional documents and information it needed to complete my loss mitigation application. In fact, NATIONSTAR made no effort whatsoever to obtain additional documents and/or information it needed to complete the application.

9. Moreover, 12 CFR 1024.41(b)(2)(i)(B) provides that "if a servicer receives a loss mitigation application 45 days or more before a foreclosure sale, a servicer shall:

> (B) Notify the borrower in writing within 5 days (excluding legal public holidays, Saturdays, and Sundays) after receiving the loss mitigation application that the servicer acknowledges receipt of the loss mitigation application and that the servicer has determined that the loss mitigation application is either complete or incomplete. If a loss mitigation application is incomplete, the notice shall state the additional documents and information the borrower must submit to make the loss mitigation application complete and the applicable date pursuant to paragraph (b)(2)(ii) of this section. The notice to the borrower shall include a statement that the borrower should consider contacting servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

10. Additionally, the Consumer Financial Protection Bureau (CFPB) commentary contemplates that servicers who foreclose on a home while in violation of § 1024.41(b)(2)(B) also violates § 1024.41(f) or (g).

11. Like the scenario addressed by the CFPB, I submitted my loss mitigation application to NATIONSTAR, but did not receive a written response from NATIONSTAR as required by § 1024.41(b)(2)(B) or (c)(1). As such, by filing the February 14, 2013 motion for writ of possession, NATIONSTAR has clearly

violated § 1024.41(g). See Mortgage Servicing Rules under the Real Estate Settlement Procedures Act (Regulation X), 78 Fed. Reg. 10,696, 10,821 (Feb. 14, 2013); also see *Ho v. Wells Fargo Bank, N.A.,* (unpublished); Case number 15-cv-81522-KAM (11th Cir. 2018)

**WHEREFORE**, I, the Defendant Gloria M. Gavira, respectfully request this Court strike Plaintiff's February 14, 2023 state court Motion for Writ of Possession and for any further relief deems just and proper.

_____, 3/14/2023
ID wxfdehTRuaghLfqprWophys2 _____,
Gloria M. Gaviria
2406 Flamingo Lane
Fort Lauderdale, Florida 33312

# Exhibit A

Filing # 166769240 E-Filed 02/14/2023 01:20:13 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO. CACE15003393

NATIONSTAR MORTGAGE LLC

     Plaintiff,

v.

GLORIA M. GAVIRIA, ET AL.

     Defendants.

_____/

## **MOTION FOR WRIT OF POSSESSION IN FORECLOSURE CASE**

     The Movant, FEDERAL HOME LOAN MORTGAGE CORPORATION, moves for an order directing the clerk to issue a Writ of Possession and as grounds thereof states as follows:

1.     The Movant was the successful bidder at a judicial foreclosure sale and the subject real property is occupied by persons not authorized by the Movant to occupy the property.

2.     The Court entered a Final Judgment of Foreclosure marked as Exhibit "A".

3.     A foreclosure sale was held and the Movant herein was the successful bidder.

4.     A Certificate of Title was issued giving title to the subject property to the Movant marked as Exhibit "B".

5.     The Movant is entitled to possession of the subject property as a matter of law.

6.     The property is still occupied and/or in possession and control of the Defendant(s) as indicated by the occupancy verification documentation marked as Exhibit "C".

7.     A Notice to Vacate letter was sent to the occupants marked as Exhibit "D".

1000003052

WHEREFORE, Plaintiff requests entry of an Order directing the Clerk of the Circuit Court to issue a writ of possession to assist Plaintiff in taking possession of the subject real property.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on 14th day of February 2023, to parties designated in the E-Filing Portal or via U.S. Mail to the following:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR
LEHMAN BROTHERS BANK, FSB
C/O TRICIA RUSH
1901 E. VORHEES ST.
DANVILLE, IL 61834


BRUCE C. BOTSFORD, ESQ. (OPPOSING COUNSEL FOR GAVIRIA, GLORIA M.,
SANTOS, OSCAR M.)
1615 SW 2 AVENUE
FORT LAUDERDALE, FL 33315
SERVICE@BOTSFORDLEGAL.COM
PARALEGAL@BOTSFORDLEGAL.COM
BRUCE@BOTSFORDLEGAL.COM


RHONDA MONTOYA HASAN, ESQ. (OPPOSING COUNSEL FOR CITY OF FORT
LAUDERDALE, A MUNICIPAL CORPORATION OF THE STATE OF FLORIDA)
100 N ANDREWS AVE
FORT LAUDERDALE, FL 33301
RHASAN@FORTLAUDERDALE.GOV
GBURNEY@FORTLAUDERDALE.GOV


MCCALLA RAYMER LIEBERT PIERCE LLC
COUNSEL FOR PLAINTIFF
225 E. ROBINSON ST., SUITE 155
ORLANDO, FL 32801
MRSERVICE@MCCALLA.COM

1000003052

OCCUPANT(S)
2406 FLAMINGO LANE
FORT LAUDERDALE, FL 33312

eXL Legal, PLLC
Designated Email Address: efiling@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Plaintiff

_____

Peter E. Lanning
FL Bar: 562221

1000003052

## EXHIBIT COVER SHEET

RE:  NATIONSTAR MORTGAGE LLC vs. GLORIA M. GAVIRIA, et al.
     Case No.: <u>CACE15003393</u>

> "A": Final Judgment
> "B": Certificate of Title
> "C": Occupancy Verification
> "D": Notice to Vacate Letter

**** FILED: BROWARD COUNTY. FL Howard C. Forman, CLERK 6/1/2016 10:43:56 AM.****

# EXHIBIT "A"

IN THE CIRCUIT COURT, SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE15003393

NATIONSTAR MORTGAGE LLC,

        Plaintiff,

v.

GLORIA GAVIRIA, et al.,

        Defendants.

_____

## FINAL JUDGMENT OF FORECLOSURE

    **THIS ACTION** came before the Court at trial, and the Court, having reviewed the evidence and proofs submitted, having found that it has jurisdiction of the subject matter of the parties, that there is no genuine issue as to any material fact, and that Plaintiff is entitled to judgment as a matter of law, **IT IS ORDERED AND ADJUDGED** that final judgment be entered in favor of Plaintiff against Defendants listed by name: Gloria M. Gaviria; Oscar M. Santos; Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB; and City of Fort Lauderdale, a Municipal Corporation of the State of Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $ 568,977.88 |
| Interest on the note and mortgage from 9/1/14 to 3/16/16: | $ 17,537.06 |
| Per diem interest at a rate of $31.18 from 3/17/16 to 4/21/16: | $ 935.40 |
| SUBTOTAL | $ 587,450.34 |
| Additional Costs: | |
| Property Inspection Costs | $ ~~216.00~~ |
| Flood Insurance Advances | $ 9,058.00 |
| Hazard Insurance Advances | $ 403.71 |
| Tax Advances | $ 14,124.01 |
| Misc. Advances | $ ~~1,126.81~~ |
| Streamline Mods | $ 71,284.97 |
| GRAND TOTAL | $ ~~683,663.87~~ $ 682,321.06 |

2.    **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from date forward at the prevailing legal rate of interest, 4.78% a year.

1

3.     **Lien on Property.**  Plaintiff Nationstar Mortgage LLC, whose address is 8950 Cypress Waters Blvd., Coppell, TX 75019, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Broward County, Florida:

> LOTS 1 AND 2, BLOCK 4, LAUDERDALE ISLES NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 35, PAGE 32, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Property address: 2406 Flamingo Lane, Ft. Lauderdale, Florida, 33312

4.     **Sale of property.**  If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on *July 26*_____, 2016, to the highest bidder for cash, to the highest bidder for cash, except as prescribed in paragraph 5, at the courthouse located at 201 S.E. 6th Street in Broward County in Fort Lauderdale, Florida, in accordance with Section 45.031, Florida Statutes, using the following method:

☒  By electronic sale beginning at 10:00 a.m. on the prescribed date at www.broward.realforeclose.com.

5.     **Costs.**  Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.     **Distribution of Proceeds.**  On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.     **Right of Redemption/Right of Possession.**  Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315 Fla. Stat. (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any.  Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property.

8.     **Jurisdiction.**  The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, deficiency judgment and writs of possession.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THIRTY (30) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 201 S.E. 6TH STREET, FORT LAUDERDALE, FLORIDA 33301, (TELEPHONE: (954) 831-6565), WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME TO HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SERVICE OF BROWARD COUNTY, 491 NORTH STATE ROAD 7, PLANTATION, FLORIDA 33317, (TELEPHONE: (954) 765-8950), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE LEGAL AID SERVICE OF BROWARD COUNTY, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

DONE AND ORDERED in Chambers in Broward County, Florida, this 25 day of ~~April,~~ 2016.
May

K. Malone
Circuit Judge

3

## SERVICE LIST

Gabriel M. Hartsell, Esq.
Primary Email: ghartsell@mcguirewoods.com
Secondary Email: flservice@mcguirewoods.com
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
*Counsel for Plaintiff Nationstar Mortgage LLC*

Ricardo Corona, Esq.
Primary Email: foreclosure@coronapa.com
Corona Law Firm, P.A.
3899 N.W. 7Th Street, Suite 202-B
Miami, Florida 33126
*Counsel for Defendants Gloria M. Gaviria & Oscar Santos*

Keith Ustler, Esq.
Primary Email: MRService@mccallaraymer.com
McCalla Raymer, LLC
225 E. Robinson Street, Suite 660
Orlando, Florida 32801
*Counsel for Plaintiff Nationstar Mortgage LLC*

Rhonda L. Montoya, Esq.
Primary Email: chasan@fortlauderdale.gov
Secondary Email: gburney@fortlauderdale.gov
100 N. Andrews Ave.
Fort Lauderdale, Florida 33301
*Counsel for City of Fort Lauderdale*

 Mortgage Electronic Registrations Systems, Inc.
as nominee for Lehman Brothers Bank, FSB
c/o Tricia Rush
Senior Associate
1901 E. Vorhees Street
Danville, IL 61834

75254679_2

4

## In the Circuit Court of the Seventeenth Judicial Circuit
## In and for Broward County, Florida

NATIONSTAR MTG LLC
Plaintiff

VS.

GAVIRIA, GLORIA M , SANTOS, OSCAR M , MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS INC , FORT LAUDERDALE
CITY OF
Defendant

CACE-15-003393
Division   11

# EXHIBIT "B"

### Certificate of Title

The undersigned, Brenda D. Forman, Clerk of the Court, certifies that she executed and filed a certificate of sale in this action on December 01, 2021, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Broward County, Florida:

LOTS 1 AND 2, BLOCK 4, LAUDERDALE ISLES NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 35, PAGE 32, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Property address: 2406 Flamingo Lane, Ft. Lauderdale, Florida, 33312

Was sold to: FEDERAL HOME LOAN MORTGAGE CORPORATION
C/O MCCALLA RAYMER LEIBERT PIERCE 225 E Robinson St Orlando FL, 32801

Witness my hand and the seal of this court on  October 19, 2022

Brenda D Forman, Clerk of the Circuit & County Court
Broward County, Florida

Total consideration  $1,500 00
Doc Stamps  $10.50



**HomeSteps** *Connect*®

| My Work | Asset Search | Data Entry ▸ | Worklist | Preferences | | | Go |

| 1261672 | 455261717 | 2406 FLAMINGO LANE | Pre-listing Eviction | 0 | 319 |
| Asset Details |

## Occupancy Information

# EXHIBIT "C"

**\*Inspection Date:**   02/24/2022

**\*Property Type:**   Single family  ⌄

### Primary Unit Information

If this property has been identified as an affected building/unit (built prior to 1978 and has occupants under the age of 7), then the broker must implement the Lead Paint Inspection/Checklist. For more information, contact your property coordinator.

**\* Unit Number:**

    **\* Occupancy Status:**   Owner Occupied  ⌄

    **Occupant Name:**

    **Occupant Phone Number:**

    **Occupant Work Number:**       **Ext:**

**\* Is there Abandoned Personal Property Valued Over $1,000.00 or the State Statutory Guideline?:**   ◉ Yes  ○ No

### Additional Unit Information #2 (leave blank if not needed)

If this property has been identified as an affected building/unit (built prior to 1978 and has occupants under the age of 7), then the broker must implement the Lead Paint Inspection/Checklist. For more information, contact your property coordinator.

**\* Unit Number:**

    **\* Occupancy Status:**   ⌄

    **Occupant Name:**

    **Occupant Phone Number:**

    **Occupant Work Number:**       **Ext:**

**\* Is there Abandoned Personal Property Valued Over $1,000.00 or the State Statutory Guideline?:**   ○ Yes  ○ No

### Additional Unit Information #3 (leave blank if not needed)

If this property has been identified as an affected building/unit (built prior to 1978 and has occupants under the age of 7), then the broker must implement the Lead Paint Inspection/Checklist. For more information, contact your property coordinator.

**\* Unit Number:**

    **\* Occupancy Status:**   ⌄

    **Occupant Name:**

**Occupant Phone Number:**

**Occupant Work Number:**                    Ext:

**\* Is there Abandoned Personal
Property Valued Over $1,000.00 or
the State Statutory Guideline?:**      ○ Yes  ○ No

## Additional Unit Information #4 (leave blank if not needed)

If this property has been identified as an affected building/unit (built prior to 1978 and has occupants under the age of 7),
then the broker must implement the Lead Paint Inspection/Checklist. For more information, contact your property coordinator.

**\* Unit Number:**

**\* Occupancy Status:**          ⌄

**Occupant Name:**

**Occupant Phone Number:**

**Occupant Work Number:**                    Ext:

**\* Is there Abandoned Personal
Property Valued Over $1,000.00 or
the State Statutory Guideline?:**      ○ Yes  ○ No





# EXHIBIT "D"

**eXL Legal, PLLC**

**12425 28th Street N., Ste 200**
**St. Petersburg, FL 33716**
**(727) 536-4911**

---

October 25, 2022            **SENT VIA FEDEX AND REGULAR MAIL**

**OSCAR M. SANTOS,**
OCCUPANT(S) OR CURRENT TENANT(S)
2406 FLAMINGO LANE
FORT LAUDERDALE, FL 33312

RE:  NOTICE TO VACATE
 NATIONSTAR MORTGAGE LLC vs. GLORIA M. GAVIRIA, et al.
 Case No.: CACE15003393
 2406 FLAMINGO LANE, Ft. Lauderdale, FL

**Dear Mr. Santos or  Current Occupant(s):**

The undersigned Law Firm represents the purchaser for the above referenced property.

The foreclosure sale has been completed and the Certificate of Title vesting title to the property has been  issued by the Clerk's office.

Upon issuance of the Certificate of Title you will be required to vacate and surrender possession of the property that was the subject matter of the above-captioned foreclosure action.

Occupant(s) will inform eXL Legal, PLLC if they have already vacated the property and tenancy exists.

The result of non-compliance with this Notice to Vacate may result in the commencement of an eviction action.

If you are not the current owner occupant, please contact our office or refer to the "Tenant Occupant" Letter which will be sent.

1000003052

**Servicemembers or a spouse or dependent of a servicemember, please see the attached "Exhibit A" regarding additional information required to ascertain military status and eligibility for protection under the Servicemembers Civil Relief Act (SCRA).**

Respectfully,

eXL Legal, PLLC
Designated Email Address: efiling@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Plaintiff

Peter E. Lanning
FL Bar: 562221

/ir

Enclosures:   PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

1000003052

**"Exhibit A"**

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:
PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections, including eviction protection, pursuant to the Servicemembers Civil Relief Act (50 USC App. 3901-4043), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard and active service National Guard;
- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active service members of the commissioned corps of the Public Health Service;
- United States citizens servicing with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and their spouses.

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

"Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If you are such a servicemember, or a dependent of such a servicemember, you should contact eXL Legal, PLLC at (727) 536-4911 Evictions Department, to discuss your status under the SCRA.

1000003052

**HomeSteps**
Freddie Mac Homes

| | |
|---|---|
| Asset # | 1261672 |

### Agreement to Vacate Premises

This Agreement entered into this October 25, 2022, to Vacate Premises ("Agreement") is entered into between Federal Home Loan Mortgage Corporation (herein referred to as "Owner" or "FREDDIE MAC"), and GLORIA M. GAVIRIA and OSCAR M. SANTOS, being all adult occupants ("Occupant(s)") of the Property described herein.

**WITNESSETH:**

For good and valuable consideration the covenants and agreements herein expressed, Occupant agrees to vacate the premises located at:

_____2406 FLAMINGO LANE, FORT LAUDERDALE, FL 33312_____,
(Street)          (City)    (State)    (Zip)

("Property") upon the following terms and conditions:

#### 1. Agreement to Vacate/Relocation Assistance

Occupant(s) agree to vacate the Property by the date selected below ("Surrender Date"). If Occupants vacate the Property by the Surrender Date, then Freddie Mac will pay the relocation assistance amount indicated next to that Surrender Date. Only one box may be checked. Occupant should consider carefully how long it will take to vacate the Property before checking a box:

**OPTION #1:** FREDDIE MAC will pay OCCUPANTS $3,500.00 to vacate the Subject Property by November 28, 2022.
**OPTION #2:** FREDDIE MAC will pay OCCUPANTS $1,500.00 to vacate the Subject Property by December 27, 2022.

Occupant must provide proof that he was a tenant of the former owner of the Property in order to be eligible for Relocation Assistance. Acceptable proof is at least one of the following:

- A copy of an executed lease agreement signed by the former owner and the tenant-occupant
- A copy of a postmarked envelope addressed to the tenant-occupant during the claim lease period
- A copy of a utility bill with the occupant's name: and/or
- At least two cancelled checks showing rental payments being made to the former owner over the claimed lease period.

#### 2. Inspection and Condition of the Property

Owner shall make a final inspection of the Property. If the Occupant has returned all keys and left the Property (including all fixtures, facilities, and appliances) in the same or better condition as when the Property was initially occupied by the Occupant, ordinary wear and tear expected, then Owner shall pay Occupant the full amount of the Relocation Assistance on the date set forth above. Occupant agrees that it has received the "Relocation Assistance Vacancy Checklist," which is incorporated by reference as if set forth in full herein. Occupant agrees to comply with

1000003052

the "Relocation Assistance Checklist" when preparing the Property for vacancy and understands that if the Property does not comply then Occupant will forfeit all or part of the Relocation Assistance

### 3. Release

Occupant, to the fullest extent allowed by applicable law, hereby releases and discharges Owner, and its servicers, representatives, agents, attorneys, Officers, Directors, employees, successors and assigns, contractors and agents (collective, the "Released Parties") from all debts, demands, actions, cause of action, suits, accounts, covenants, contracts, agreements, damages, claims, demands and liabilities whatsoever of any type, both in law and in equity, which Occupant now has now, may have, or ever has had to this date against the Released Parties, in connection with the Property.

The Release includes, but is not limited to, all claims which Occupant may have pursuant to state, local, or federal law, claims against the Released Parties for irregularities in the foreclosure process, claims that Owner is not the rightful owner of the Property, for wrongful or defective foreclosure, declaratory judgment, injunctive relief, breach of contract, rescission, quiet title, fraud, the breach or violation of any rent control statutes and any related disclosure provisions, any implied warranties of fitness for purpose and/or habitability, state or local board of health codes, lead paint regulations or statutes, security deposit or last month's rental payment violations, and any other applicable local, state, or federal codes, regulations or states arising out of or in connection with the Property. In addition, Occupant hereby agrees that upon execution of this Agreement (and as further provided herein), Occupant has no other lawful right or privilege to occupy the Property other than pursuant to the terms of this Agreement, and will completely vacate the Property and removal all personal property from the Property in accordance with the terms of this Agreement. Occupant waives any right to personal property inadvertently left behind in the Property and acknowledges that such property will be disposed of as soon as possible after the Surrender Date with no notice to Occupant. Occupant shall hold the Released Parties harmless from any and all liability, loss, cost or expense, including reasonable attorney's fees arising out of a claim that is released herein.

**WAIVER OF CALIFORNIA CIVIL CODE, SECTION 1542**. If this Agreement is executed in California, the foregoing release extends to all claims whether or not claimed or suspected and constitutes a waiver of each and all the provisions of the California Civil Code, Section 1542 (to the extent it would be applicable), which reads as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

> **OCCUPANT HAS READ AND UNDERSTOOD THE FOREGOING AND INDICATES THAT FACT BY SIGNING THIS AGREEMENT WHERE INDICATED BELOW.**

### 4. Disclosure and Waiver of Rights to Occupy Property

Occupant may have the right to continue occupying and/or renting the Property under applicable state law. Notwithstanding any rights Occupant may have to continue occupying and/or renting the Property, Occupant desires to voluntarily vacate the Property in exchange for the Relocation Assistance and a waiver by Owner of any right to recover any unpaid or fair market rental value for the Property for the period commencing with the date Owner acquire title to the Property and ending on the Vacate Date. Occupant acknowledges and agrees that it is entering into this Agreement knowingly and voluntarily.

### 5. Disclosure Regarding the Servicemember's Civil Relief Act (the "SCRA")

If Occupant is a servicemember is in a period of military service, such as "active duty," or a dependent of such a servicemember, Occupant may be entitled to certain legal rights and protections, including protection from eviction,

1000003052

pursuant to the Servicemember's Civil Relief Act (the "SCRA") or other applicable state law. The SCRA provides that an eviction of a servicemember or their dependents generally must be pursued through a court order or written waiver of rights signed by the servicemember and a court may take certain actions to protect the Occupant. Notwithstanding any protections Occupant may have under the SCRA, Occupant desires to voluntarily vacate the Property in exchange for the Relocation Assistance and a waiver by Owner of any right to recover any unpaid or fair market rental value for the Property for the period commencing with the date Owner acquired title to the Property and ending on the Vacate Date. Occupant acknowledges and agrees that it is entering into this Agreement knowingly and voluntarily.

### 6. Eviction Proceedings

If eviction proceedings have not been commenced, Owner may commence such proceedings as soon as the law allows. If eviction proceedings have been commenced, those proceedings may continue. Owner will forbear from forcibly evicting Occupant by Lock Out prior to the Surrender Date. A "Lock Out" is the forcible removal of Occupant from the Property by the Sheriff/Marshal/Constable/Bailiff pursuant to a court order. Occupant is aware that: (a) Owner may pre-set a Lock Out date, which Lock Out date will not occur until after the Surrender Date, and (b) the commencement of any eviction proceeding can adversely impact Occupant's credit and/or other public information records. Therefore, Occupant must make sure Occupant has vacated the Property by the Surrender Date.

### 7. Recording of the Foreclosure Deed

The foreclosure deed may or may not have been recorded at the time of this Agreement. Owner has been informed by its attorney that the foreclosure sale is valid, legal title has passed to Owner and is relying on that information in seeking possession of the Property.

### 8. Opportunity to Consult an attorney

Occupant represents that Occupant has had the opportunity to consult with an attorney regarding this Agreement, including the tax effects of the receipt of the Relocation Assistance payment, and that Occupant has read this Agreement and is fully aware of its contents and legal effects.

### 9. WAIVER OF RENT

Owner waives all rights to recover rent and/or the fair market rental value of the Property from Occupant for Occupant's use and occupancy of the Property from the date of the foreclosure sale through the Surrender Date.

In the event Occupant is currently in possession of the Property as a result of a prior lease agreement between Owner and Occupant, Occupant agrees to continue to be bound during the term of this Agreement by all conditions, restrictions and covenants contained in the prior lease agreement. Any default under the terms of any prior lease agreement between Owner and Occupant shall also constitute a default under this Agreement, with the exception of the obligation of Occupant to pay rent, which Owner has waived herein. In the event there is a conflict between the provisions set forth in any prior lease agreement and the provisions of this Agreement, the provisions of the Agreement shall prevail.

This Section 9 shall not apply if Occupant continues to rent the Property as a requirement state law as defined in Section 4 herein.

### 10. Liability for Personal Property and Damage; MAINTENANCE

Occupant shall maintain the Property in good condition and repair. Occupant shall do nothing to lessen the value of the Property. Occupant shall not deliberately or negligently destroy, deface, damage, impair, or remove any part of the Property, including if applicable, any appliances, and all mechanical, electrical, gas and plumbing fixtures, or permit any persons to do so whether known by the Occupant or not, and Occupant shall be responsible for any

1000003052

damage caused by his failure to comply with this requirement. Occupant shall properly use, operate and safeguard the Property and keep them and the Property clean, sanitary and well ventilated. Occupant shall immediately notify Owner, in writing, of any problem, malfunction or damage. If an emergency event occurs, such as a fire, storm or flood damage or other similar event, Occupant agrees to notify public health and safety officials and Owner immediately and take reasonable steps to contain the damage, if possible. To the fullest extent permitted by law, Occupant's continued occupancy of the Property is at the sole risk, liability, and expense of Occupant.

All persons and personal property in or on said property shall be at the sole risk and responsibility of Occupant. Owner shall not be liable for any injury or damage whatsoever to the person or property of Occupant or any person or entity in or on said property. Occupant hereby expressly and without reservation covenants and agrees to indemnify and hold the Released Parties harmless in all such matters.

### 11. UTILITIES, Taxes and Common Interest Association Dues

Occupant shall be responsible for all utilities related to Occupant's use and occupancy of the Property. It shall be Occupant's responsibility to contact any utility companies to which Occupant paid a deposit for purposes of recovering such deposits. Owner shall not have any responsibility for the return of any deposits paid to any utility companies by Occupant. Owner shall be responsible for the payment of real estate taxes and common interest association dues, if any, levied or assessed since the date of foreclosure.

### 12. ACCESS

Occupant agrees to allow Owner and its agents and contractors access to Property for inspection, valuation, to place reasonable "for sale" signs on the Property, and to show the Property to prospective purchasers thereof, on reasonable notice to Occupant.

### 13. IRS Form W-9

Concurrent with the execution of this Agreement Occupant shall furnish to Owner (via its Eviction Attorney) a fully and accurately completed Internal Revenue Service Form W-9. Occupant further acknowledges and agrees that if Occupant fails to provide a completed Form W-9, Owner shall have no duty to tender any portion of the Relocation Assistance. Occupant further acknowledges and understands that the information provided in the W-9 may be verified directly with the Internal Revenue Service (IRS) prior to disbursement of the Relocation Assistance. If the information provided does not match exactly with the information provided by the IRS, Owner may be required to withhold 28% of the funds pursuant to applicable federal law, and may be required to without an additional amount in accordance with relevant state law.

### 14. Agreement does not create a tenancy

In no event shall this Agreement constitute an acceptance by Owner of Occupant's continued possession of the Property, and nothing contained in this Agreement shall be deemed to create a tenancy between the Parties.

### 15. Default

In the event Owner determines that damage to the Property has occurred which was caused by the act or omission of Occupant, Owner shall deduct the cost of the repairs or the diminution in value of the Property from the amount of the Relocation Assistance. In event the costs of repairs or diminution in value exceeds the amount of the Relocation Assistance, Occupant shall be personally liable for all repair costs or diminution in value which exceed the amount of the Relocation Assistance. If Occupant fails to vacate the Property prior to the Surrender Date then Occupant forfeits any right to receive the Relocation Assistance or any portion thereof and Owner shall continue eviction proceedings against Occupant. Owner shall be entitled to avail itself of all other rights and remedies to which it may be entitled, either at law or equity, and Owner shall also be entitled to recover reasonable attorney's fees, eviction expenses, court costs and any other costs allowed by law.

1000003052

### 16. All Occupants Included

Occupant represents and warrants that all persons occupying the Property have been identified to Owner and that no person is occupying the Property other than those persons so identified. Occupant further represents and warrants that Occupant is either the only person whose agreement is necessary to fully vacate the Property or Occupant represents and has capacity to legally bind any other occupants to this Agreement. Occupant represents and warrants that Occupant has full authority to execute this Agreement.

### 17. Severability/ Unenforceability

All individual provisions, paragraphs, sentences, clauses, sections and words in this Agreement shall be severable and if any one or more such provisions, paragraphs, sentences, clauses, sections or words are determined by any court, administrative body, or tribunal, having proper jurisdiction, to be in any way unenforceable, or to be in any way violated of or in conflict with any law of any applicable jurisdiction, such determination shall have no effect whatsoever on any of the remaining paragraphs, provisions, clauses, sections, or words of this Agreement.

This Agreement constitutes the entire agreement between parties concerning the subject matter contained herein, and no modification or addition to it shall be binding unless signed by the parties hereto. The covenants and conditions herein contained shall apply to and bind the parties hereto and their heirs, executors, administrators, legal and personal representatives, successors, and assigns. All covenants are to be construed as conditions of this Agreement. Where the context so requires, the singular shall include the plural, the plural the singular, and the use of any gender shall include all other genders.

**In witness whereof,** the parties have executed this Agreement on the day and year first above written.

**Owner (Agent for Freddie Mac/HomeSteps):**

By: _____
   (Signature)

_____
(Typed Full Name)

1000003052

Occupant:                                    Occupant:

1._____    2._____
 (Signature)                                 (Signature)

_____      3. _____

 (Typed Full Name)                          (Typed Full Name)

Telephone # _____        Telephone # _____

3._____    4._____
 (Signature)                                 (Signature)


_____      _____

 (Typed Full Name)                          (Typed Full Name)

Telephone # _____        Telephone # _____

**If only one person is to receive the Relocation Assistance (Cash for Keys) check for all Occupants, please sign below:**


_____          _____
 (Signature)                                 (Typed Full Name)

**Return this signed document to the original sender. Do not return to HomeSteps address below. **

**HomeSteps Address:**
**5000 Plano Parkway* Carrollton, TX * 75010* 972-395-4000**

1000003052





## RELOCATION ASSISTANCE VACANCY CHECKLIST

Occupant understands and agrees that in order for the included Agreement to Vacate Premises to be complete and to receive the indicated relocation assistance payment, the Property must be left in the following condition:

- Interior of property must be clean of debris, including cupboards, carpets, floors and bathrooms cleaned, garage, rafters, attic and basement.

- Exterior of property and yard must be clean, no external trash around yard, including no overflow of trash/personal items in the trash cans. All outbuildings must be free of debris.

- All light fixtures/ceiling fans, doorknobs, closet shelving are to remain attached in the property and must not be removed. (Receipts must be provided for items being removed. Also any fixtures being removed must be replaced with an equivalent fixture.)

- All built in appliances must remain on the property (stoves, ovens, built in microwaves, if any, dishwasher, garbage disposal and water heater). Refrigerator and washer/dryers are personal items and may be removed. (Receipts must be provided for newly purchased appliances.)

- All keys, including mailbox keys, and garage remote controllers, if any, must be handed over at the time of final inspection.

- Any exceptions regarding the above referenced items require approval prior to final inspection and receipt of relocation assistance check. Tenant is responsible for providing any receipts and notifying the attorney of any potential exceptions within 4 business days prior to the scheduled walk through. This will allow the eviction attorney time to revise the agreement (if necessary) and notify all parties of approved exceptions. If the eviction attorney is not notified of potential exceptions within 4 business days prior to the scheduled walk through, it is expected that the tenant will leave all items affixed and remove all trash.

- Relocation Assistance funds will be provided in the form of a check from the assigned attorney office.

Occupant has agreed to the terms set forth above in order to receive their relocation assistance payment and will contact **BRIGETTE JOBSON at 954-986-7001**, 2 days before the date

1000003052

chosen to arrange for a property inspection and final walk through. Occupant also understands and agrees that if the Property is not in compliance or ready at the time of vacancy date, Occupant will forfeit all or part of the relocation assistance payment.

Please sign and return this document along with the Agreement to Vacate Premises to the named attorney.

_____

Print Name and Sign


_____

Forwarding address and phone#

1000003052

# <sup>e</sup>XL Legal, PLLC

**12425 28th Street N., Ste 200**
**St. Petersburg, FL 33716**
**(727) 536-4911**

---

October 25, 2022

RE:  Property: 2406 FLAMINGO LANE, FORT LAUDERDALE, FL 33312
Freddie Mac Loan Number:
HomeSteps Asset Number:

To All Occupants:

Federal Home Loan Mortgage Corporation, commonly known as "Freddie Mac", now or will soon have title issued to the property described above as the result of a foreclosure. We have been retained to proceed with an eviction proceeding to obtain possession of the property.

If you are a bona fide tenant as defined under state law and can provide a copy of your current lease agreement or other evidence of tenancy, please contact our office immediately so that your lease can be reviewed.

If you are the former owner of the property, are not a bona fide tenant, or are unable to provide evidence of a lease agreement, you may still have the following options available to you prior to the initiation of eviction proceedings.

**Relocation Assistance:**

If you agree to vacate the property, we will offer you cash towards relocation expenses. The amount is subject to the property being vacated within a stated timeframe. Only one payment per household is provided for relocation assistance, regardless of the number of occupants. The property must be vacated by all occupants and be in broom clean condition, free of interior and exterior trash and debris, and all personal belongings must be removed from the property. The attached Agreement to Vacate Premises outlines the amount to be paid and timeframe required. All adults currently occupying the property must sign the enclosed Agreement to Vacate Premises and the Relocation Assistance Vacancy Checklist as well as the enclosed W-9 Form in order to receive relocation assistance. This will legally obligate you to vacate the property.

1000003052

In addition, the subject property must be in good condition, meet state and local code qualifications, and be free of any environmental or health hazard. Contact our office if you are interested in this option.

If we do not have a response from you within ten (10) days of the date of this letter, we will continue with the eviction process.

If you have any questions regarding the contents of this Notice, please contact eXL Evictions Department at 727-536-4911 or by email at evictions@exllegal.com.

Very truly yours,

Peter E. Lanning
FL Bar: 562221
Attorney for the Plaintiff
eXL Legal, PLLC
Designated Email Address: efiling@exllegal.com

/IR
Enclosure

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. [INSERT ANY OTHER NOTICES REQUIRED BY APPLICABLE LAW]**

1000003052



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.